CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
Phone: (907) 274-5100
Email: cgraves@farleygraves.com

Attorneys for Defendant American Family Mutual Ins Co

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CAMERON JAEGER,<br><br>           Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.,<br><br>           Defendant. | Case No: 3:23-cv-00287-JMK |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, American Family Mutual Insurance Company, S.I., the named Defendant in the above matter, gives notice that Case No. 3AN-23-08975CI, as captioned above, is hereby removed to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, where said case was originally filed and is currently pending. American Family Mutual Insurance Company, S.I. states:

NOTICE OF REMOVAL
JAEGER V AMERICAN FAMILY
CASE NO: 3:23-CV-00287-JMK

Page 1 of 3

/JT

Case 3:23-cv-00287-JMK     Document 1     Filed 12/21/23     Page 1 of 3

1. Removing party, American Family Mutual Insurance Company, S.I., is the defendant in the above-captioned action;

2. On October 24, 2023, the above-entitled action was commenced against American Family Mutual Insurance Company, S.I. in the Superior Court for the State of Alaska, Third Judicial District at Anchorage and is presently pending in that court;

3. Plaintiff claimed they served "American Family Mutual Insurance Company, S.I." thorough the Alaska Division of Insurance which was then served on another company on November 21, 2023;

4. This Notice is filed within thirty (30) days of the date of service by the Division of Insurance on another company and is filed with the removal deadline in an abundance of caution;

5. The above-entitled action involves citizens of different states, in that, at the time of the commencement of this action, Plaintiff claimed in his suit that he was and is resident of the Municipality of Anchorage in the State of Alaska at the time of the incident. American Family Mutual Insurance Company, S.I. is, and was at all times pertinent to this action, was and is a Wisconsin corporation. Thus, it is presumed diversity exists between Plaintiff and Defendant;

6. The amount in controversy, exclusive of interest and costs, is alleged to be in excess of $100,000, as more fully appears in the Complaint, a copy of which is attached to this Notice and made by reference a part hereof;

NOTICE OF REMOVAL
JAEGER V AMERICAN FAMILY
CASE NO: 3:23-CV-00287-JMK

Page 2 of 3

/JT

Case 3:23-cv-00287-JMK    Document 1    Filed 12/21/23    Page 2 of 3

7. This Court has authority in the above-entitled action pursuant to 28 U.S.C. § 1332 and removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441(a).

8. A copy of all process, pleadings, and orders received will be filed with the Notice of Lodging State Court Documents.

DATED this 21st day of December 2023, at Anchorage, Alaska.

FARLEY & GRAVES, P. C.

By: */s/ Cheryl L. Graves/*
CHERYL L. GRAVES
807 G Street, Suite 250
Anchorage, AK 99501
Ph. (907) 274-5100
E-Mail: cgraves@farleygraves.com
Alaska Bar No.: 9711062
Attorneys for Defendant American Family Mutual Ins Co.

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 21st day of December 2023 a true and correct copy of the foregoing was served ELECTRONICALLY on the following:

**Mark Rayburn, Esq.**
Crowson Law Group
637 A Street
Anchorage, AK 99501
Email: mark@crowsonlaw.com;
brandi@crowsonlaw.com

By: */s/ Jennifer Tanksley/*
Jennifer Tanksley, Legal Assistant

NOTICE OF REMOVAL
JAEGER V AMERICAN FAMILY
CASE NO: 3:23-CV-00287-JMK

Page 3 of 3

/JT