# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| CAMERON JAEGER <br> *Plaintiff* <br> v. <br> AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I. <br> *Defendant* | Civil Action No. 3:23-cv-00287-JMK |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this matter is dismissed without prejudice for lack of jurisdiction.

APPROVED:

s/Joshua M. Kindred
Joshua M. Kindred
United States District Judge

Date: June 5, 2024

Candice M. Duncan
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*